JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., | Case No.: 2:18-cv-07083-MWF-JEM<br>_Hon. Michael W. Fitzgerald Presiding_<br>**ORDER ON  STIPULATION TO DISMISS CERTAIN PARTIES WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| IN THE BEGINNING INC.; _et. al.,_ | |
| Defendants. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The claims against Defendant Davar US, Inc. d/b/a "Be Cool" and d/b/a "Staccato," and JM Apparel, Inc. are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

SO ORDERED.

Dated: February 7, 2019        By: _____

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

ORDER ON STIPULATION TO DISMISS CERTAIN PARTIES WITH PREJUDICE